On Rev. Code 1919, Sec. 2554, see annotations Kerr's Cyc. Code 1920, Civ. Proc. Sec. 656.

---

BROWN, Appellant, v. ROBERTS COUNTY, Respondent.

(206 N. W. 479.)

(File No. 5641.   Opinion filed December 30, 1925.)

Appeal from Circuit Court, Roberts County; Hon. J. J. Bat-terton, Judge.

*Jorgenson & Anderberg,* of Sisseton, for Appellant.
*Turner & McKenna,* of Sisseton, for Respondent.

GATES, J.   This action was brought to recover damages for injury received by plaintiff, alleged to have been caused by negligent maintenance of its county highway system by Roberts county.   Verdict and judgment were for defendant.   Plaintiff appeals from the judgment and order denying new trial.

The judgment and order appealed from are affirmed, upon the authority of Hanigan v. Minnehaha County, 47 S. D. 606, 201 N. W. 522.

DILLON, J., absent, and not sitting.